UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT PARSONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON BELL ATLANTIC, )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO.<br><br>03 12460 RCL |

### DEFENDANT VERIZON'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Verizon hereby identifies the following corporate or other parents, subsidiaries and affiliates in which it holds securities or other interests:

1. Verizon Communications Inc. is a publicly held company, which owns the following subsidiaries having securities in the hands of the public:

Verizon Delaware Inc.
Verizon New Jersey Inc.
Verizon Virginia Inc.
Verizon West Virginia Inc.
Verizon Global Funding Corp.
Verizon New York Inc.
Verizon California Inc.
Verizon Hawaii Inc.
Verizon Northwest Inc.

Verizon Maryland Inc.
Verizon Pennsylvania Inc.
Verizon Washington, D.C. Inc.
Verizon Capital Corp.
NYNEX Corporation
Verizon New England Inc.
Verizon Florida Inc.
Verizon North Inc.
Verizon South Inc.

GTE Southwest Incorporated (d/b/a Verizon Southwest)

2. In addition, Verizon Communications Inc. has a minority but controlling interest in Grupo Iusacell, S.S. de C.V., the stock of which is traded publicly in the United States and a controlling interest in CTI Holdings, SA which has publicly traded bonds. Verizon

19/428212.1

Communications Inc. owns further a minority but controlling interest in Telecomunicaciones de Puerto Rico, Inc. which has publicly traded notes and a minority controlling interest in CANTV (Venezuela) which has publicly traded ADRs. Verizon Communications Inc. also owns non-controlling minority interests in various other companies which have publicly traded stock in the United States.

VERIZON COMMUNICATIONS INC.

By its attorneys,

*[signature]*

Arthur G. Telegen, BBO #494140
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: December 8, 2003

AFFIDAVIT OF SERVICE

I, *[illegible]* depose and state that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand signed under the pains and penalties of perjury.

Dated: 12/8/03  *[signature]*

19/428212.1                                    - 2 -