FEDERAL DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PARSONS,            )
    Plaintiff,            )
                            )
v                          )   CA NO.  03-12460-RCL
                            )
VERISON BELL ATLANTIC      )
    Defendant              )

MOTION TO EXTEND THE TIME FOR DISCOVERY

Now comes the Plaintiff, Robert Parsons, and respectfully requests that this honorable court extend the time for discovery. As reasons, the Plaintiff states that:

(1) On or about March 12, 2004, the Plaintiff's attorney was diagnosed with a serious medical condition.

(2) Beginning the week of March 15, 2004, a series of medical exams were undertaken of the Plaintiff's attorney.

(3) On or about March 22, 2004, treatment of the condition was initiated and continued through May 11, 2004.

(4) Initially the treatment was such that the Plaintiff's attorney became ill and was unable to work for significant periods of time.

(5) The Plaintiff's attorney was out of the office for all but three (3) day of April and did not return to full time work until May 17, 2004.

(6) On or about June 7, 2004, Plaintiff's attorney was involved in an accident that resulted in his suffering second degree burns to his left foot.

(7) Because the aforementioned treatment resulted in a lowering of the Plaintiff's immune system, this latter injury resulted in this attorney missing an additional two weeks of work.

(8) As a result of the medical condition and the injury, the Plaintiff's attorney has fallen significantly behind in his work.[1]

For all of the above reasons, the Plaintiff respectfully requests that the discovery schedule be extended as follows[2]:

(i) All written discover be completed by October 1, 2004.

(ii) All depositions to be completed by November 15, 2004.

The Plaintiff has conferred with the Defendant's attorneys and the defendants attorneys have not assented to this requests.

Robert Parsons
by his attorney,

*James R. Tewhey* (signature)
James R. Tewhey
BBO # 634810
19 North Street
Salem, MA 01970
(978) 741-2255

Date: July 29, 2004

---

[1] The Plaintiff's attorney had an associate who normally would have been able to cover the work load. However, the Associate, David Stasio, left the office on March 1, 2004, to work in the law office of his uncle.

[2] Plaintiff's attorney is now associated with another attorney and that attorney, Dominic Vinginio of Sudbury Massachusetts, would be in a position to step into this case should this attorney become unavailable in the future.

## CERTIFICATE OF SERVICE

I, James R. Tewhey, attorney for the plaintiff hereby certify that a copy of the attached document was delivered by fax and first class mail, postage prepaid, on **July 29, 2004** to all attorney/s of record.

*James R. Tewhey*
James R. Tewhey

Christopher J. Powell
Foley Hoag, LLP
Seaport World Trade Center
155 Seaport Blvd
Boston, MA 02210-2600