

**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Christopher J. Powell
Boston Office
617-832-3070
cpowell@foleyhoag.com

July 29, 2004

The Honorable Reginald C. Lindsay
United States District Court
John Joseph Moakley U.S. Courthouse
Suite 5130
1 Courthouse Way
Boston, MA 02210

    Re:    **Robert Parsons v. Verizon Bell Atlantic**
            **Civil Action No. 03-12460-RCL**

Dear Judge Lindsay:

    I am writing in response to plaintiff, Robert Parsons', recent Motion to Extend the Time for Discovery. Verizon is prepared to file its own Motion to Extend the Discovery Deadline as well as a Motion to Compel Responses to Discovery Requests. Verizon's discovery requests pertain to Interrogatories and a Request for Production of Documents that were served on the plaintiff's counsel on or about March 11, 2004.

    However, upon review of plaintiff's Motion and consultation with plaintiff's counsel, we believe the Court's resolution of these Motions may not be necessary. Plaintiff's counsel has undertaken to provide responses to Verizon's outstanding discovery requests by August 13, 2004. Verizon has agreed that if it receives plaintiff's responses to its outstanding discovery requests, it will not oppose plaintiff's Motion to Extend the Time for Discovery. Instead, plaintiff's counsel and defense counsel will consult in order to prepare a revised Joint Discovery Schedule. We would expect to submit such a schedule to you by the end of August, assuming that plaintiff serves his responses to Verizon's outstanding discovery requests within the time agreed upon.

    Thank you for your attention to this matter.

Sincerely yours,

*Christopher J. Powell*
Christopher J. Powell

17/515641.1