UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PARSONS,

        Plaintiff,

v.

VERIZON BELL ATLANTIC,

        Defendant.

CIVIL ACTION NO. 03-12460-RCL

## JOINT MOTION TO AMEND THE DISCOVERY SCHEDULE

The parties in the above-captioned matter hereby jointly move to amend the discovery deadlines in their Local Rule 16.1(D) Joint Statement as follows:

1. Written Discovery to be completed by October 1, 2004

2. Depositions to be completed by November 15, 2004; and

3. Dispositive Motions to be filed by January 28, 2005

As grounds for this motion, the parties state that plaintiff's attorney was diagnosed with a serious medical condition and that he is undergoing surgery.

WHEREFORE, the moving parties respectfully request that the Court grant the Joint Motion to Amend the Discovery Schedule in this matter.

| ROBERT PARSONS, | VERIZON BELL ATLANTIC |
|---|---|
| By his Attorney, | By its Attorneys, |

*James R. Tewhey* by CJP per JRT

James R. Tewhey
BBO No. 634810
19 North Street
Salem, MA 01970

*Christopher J. Powell*

Arthur G. Telegen
BBO No. 494140
Christopher J. Powell
BBO No. 658884
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Date: August 24, 2004