UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT PARSONS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VERIZON BELL ATLANTIC,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 03-12460-RCL |

### NOTICE OF APPEARANCE OF CHRISTOPHER J. POWELL

Please enter the appearance of Christopher J. Powell as additional counsel for the Defendant, Verizon Inc. and add the email address below to the list of addresses to receive electronic notices in connection with this matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　VERIZON INC.,

　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　/s/　　　Christopher J. Powell
　　　　　　　　　　　　　　　　Christopher J. Powell, BBO No. 658884
　　　　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　(617) 832-1000
　　　　　　　　　　　　　　　　CPOWELL@FOLEYHOAG.COM

DATED: September 13, 2004

FHBoston/1097154.1