UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12460-RCL

| |
|---|
| ROBERT PARSONS |
| Plaintiff |
| v. |
| VERIZON BELL ATLANTIC |
| Defendants |

**DEFENDANT VERIZON COMMUNICATIONS INC'S MOTION FOR SUMMARY JUDGMENT AND FOR FEES AND COSTS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Verizon Communications Inc. hereby moves for summary judgment on both counts of the Complaint of Robert W. Parsons ("Parsons"). The Complaint alleges a single count each of discriminatory refusal to hire on the basis of age and handicap, in violation of Chapter 151B of the Massachusetts General Laws.

Verizon also moves for an award of its reasonable counsel fees and other expenses incurred in defending against the claims in Parsons' Complaint, pursuant to Chapter 231, Section 6F of the Massachusetts General Laws, on the grounds that those claims were wholly insubstantial, frivolous and not advanced in good faith.

In support of its Motion for Summary Judgment and for Fees and Costs, Verizon hereby relies on the accompanying memorandum of law and the Affidavits of Steven Taber, Donald B. Coughlin, and Christopher J. Powell.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Verizon respectfully requests a hearing on its motion for summary judgment.

VERIZON COMMUNICATIONS INC.

By its attorneys,

*/s/ Christopher Powell*
Arthur G. Telegen BBO # 494140
Christopher Powell BBO # 658884
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: January 28, 2005.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify, pursuant to Local Rule 7.1, that counsel for defendant Verizon attempted to confer with counsel for the plaintiff by telephone on December 14, 2004 and January 5, 2005, and by mail on December 16, 2004, in a good-faith attempt to narrow or resolve the issues that are the subject of this motion. Counsel for the plaintiff did not reply.

*/s/ Christopher Powell*
Christopher Powell

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 1/28/05.

FHBoston/1162250.1

- 2 -