UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12460-RCL

ROBERT PARSONS

    Plaintiff

v.

VERIZON BELL ATLANTIC

    Defendants

## AFFIDAVIT OF DONALD B. COUGHLIN

I, Donald B. Coughlin, hereby depose and state as follows:

1. I am over the age of 18 and am otherwise competent to make this Affidavit.

2. I have personal knowledge of the facts set forth in this Affidavit.

3. I am employed by Verizon as the Manager of its Labor Relations office located at 185 Franklin Street, Boston. This office handles labor relations for Verizon in the New England area. I have been in this office for five (5) years.

4. The Central Office Technician ("COT") job title in the Boston area is subject to the terms of Verizon's collective bargaining agreement with the International Brotherhood of Electrical Workers ("Union"). Under the collective bargaining agreement, vacancies in any position, if any, must first be filled by candidates who are currently employed by Verizon.

5. In 2001, Verizon had not posted a vacancy for an outside candidate in the Boston area in 2 years.

6.  Beginning in 2000, Verizon was experiencing "surplus" conditions throughout New England, meaning that it had more employees than required by the needs of the service. Surplus conditions were declared in many job titles, including COT positions. For example, on July 25, 2001, Verizon notified the Union that 20 Central Office Technicians positions, as well as other rated titles, would be designated as surplus. A true and correct copy of that letter is attached hereto at Tab A. Likewise, on August 8, 2001, Verizon declared an additional seven COT positions in Boston as surplus. A true and correct copy of that letter is attached hereto at Tab B. Under the collective bargaining agreement, employees whose positions have been declared surplus are entitled, among other things, to exercise seniority rights to fill available vacancies, if any.

Signed under the pains and penalties of perjury on this 27th day of January, 2005.

Donald B. Coughlin