UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12460-RCL

ROBERT PARSONS

   Plaintiff

v.

VERIZON BELL ATLANTIC

   Defendants

## AFFIDAVIT OF STEVEN TABER

I, Steven Taber, hereby depose and state as follows:

1.  I am over the age of 18 and am otherwise competent to make this Affidavit.

2.  I have personal knowledge of the facts set forth in this Affidavit.

3.  I am employed by Verizon as a Staffing Specialist in its Boston office located at 125 High Street. I have worked in the staffing office in Boston continuously since February, 2000. My office handles outside hiring for Verizon in the New England area.

4.  I conducted a search of the files in our office for the resume of Robert W. Parsons. I did not locate Mr. Parsons' resume. I also searched for any record that Mr. Parsons' resume was considered in the spring or summer of 2001. I found no record that anyone considered Mr. Parsons' resume at that time or at any time.

5.  My office is located in Room 200 of the building at 125 High Street, Boston. Part of the staffing office was formerly located in Room 866. However, that room is no longer used by Verizon.

FHBoston/1162216.1

6.  Because of the volume of resumes we receive, Verizon does not retain or record every resume it receives. Unsolicited resumes, meaning resumes that are not received in response to a specific job posting, are discarded.

7.  Lea Davies was formerly Verizon's Senior Vice President for Human Relations. He is a man.

Signed under the pains and penalties of perjury on this 28th day of January, 2005.

_____
Steven Taber