01/21/98    11:17
JAN 21 '98 11:26 FR NYT -WORKERS COMP    6177435380 TO    3882280222    P.02/05

JOB BRIEF

Job Title:   <u>Central Office Technician</u>          Department:  <u>Switched Services/</u>
                                                                   <u>Switching and</u>
                                                                   <u>Special Services</u>

Location:    <u>Company-Wide</u>

I.  <u>General Duties</u> (Wage Table 2)

   Job duties generally include but are not limited to the following:

   1. Reviews and interprets Service Orders, circuit diagrams and follows standard practices.

   2. Connects, disconnects, removes, rearranges, and maintains wires inside a Central Office connecting customer's lines with Central Office equipment.

   3. Completes work by using small hand tools such as pliers, screwdriver, soldering iron and special test equipment.

   4. Pulls wires and moves test equipment, wire coils and associated equipment weighing up to 60 pounds.

   5. Keeps detailed record of work activities.

   6. Analyzes defects, tests, repairs and maintains telephone switching circuits and equipment in company Central Offices by using voltmeter, resistance meter, wattmeter, capacity meter, oscilloscope, events-per-unit time meters, etc.

   7. Installs, repairs and adjusts equipment such as switches, relays and amplifiers, using hand tools.

   8. Performs routine equipment maintenance such as inspecting, cleaning, testing and lubricating equipment.

   9. Keeps maintenance logs on work and item of equipment involved.

   10. Observes important housekeeping standards.

   11. May maintain telephone switching equipment at other than regular Central Office.

   12. Tests and analyzes subscriber trouble reports. Performs duties required by Craft Analyzer station in Service Control Centers.

1984

01/21/98   11:17
JAN 21 '98 11:26 FR NYi   -WORKERS COMP   6177435380 TO   3882280022   P.02/05

JOB BRIEF

Job Title: Central Office Technician          Department: Switched Services/
                                                          Switching and
                                                          Special Services

Location:  Company-wide

I. General Duties (Wage Table 2)

   Job duties generally include but are not limited to the following:

   1. Reviews and interprets Service Orders, circuit diagrams and follows standard practices.

   2. Connects, disconnects, removes, rearranges, and maintains wires inside a Central Office connecting customer's lines with Central Office equipment.

   3. Completes work by using small hand tools such as pliers, screwdriver, soldering iron and special test equipment.

   4. Pulls wires and moves test equipment, wire coils and associated equipment weighing up to 60 pounds.

   5. Keeps detailed record of work activities.

   6. Analyzes defects, tests, repairs and maintains telephone switching circuits and equipment in company Central Offices by using voltmeter, resistance meter, wattmeter, capacity meter, oscilloscope, events-per-unit time meters, etc.

   7. Installs, repairs and adjusts equipment such as switches, relays and amplifiers, using hand tools.

   8. Performs routine equipment maintenance such as inspecting, cleaning, testing and lubricating equipment.

   9. Keeps maintenance logs on work and item of equipment involved.

   10. Observes important housekeeping standards.

   11. May maintain telephone switching equipment at other than regular Central Office.

   12. Tests and analyzes subscriber trouble reports. Performs duties required by Craft Analyzer station in Service Control Centers.

1984

01/21/98    11:17
JAN 21 '98 11:27 FR NYN    WORKERS COMP    6177435380 TO 9    88228022    P.03/05

<u>Central Office Technician</u>

- 2 -

I. <u>General Duties</u> (Cont'd)

   13. May drive Company vehicle between company buildings.

   14. Climbs ladders and works with test equipment.

II. <u>Basic Qualifications</u>

   A. <u>Tests</u>

      1. Candidates must pass test with minimum qualifying score for this job on the Technical Telephone Ability Battery.

   B. <u>Physical Requirements</u>

      1. Normal Medical Department authorized evaluation for this job except if previously taken and is still considered valid.

      2. Ability to perceive differences in wire and cable colors.

   C. <u>Job Performance and Attendance Record</u>

      1. Satisfactory performance rating in present job.

      2. Satisfactory attendance record in present job.

   D. <u>Specifics for the Job</u>

      1. May be required to work day, evening or night shifts and overtime, emergency call-outs, weekends and holidays as assigned. Hours to be worked are determined by seniority, job requirements, qualifications and employee preferences.

      2. Candidates for Electronics Switching Systems (ESS) offices must pass the Electronics Systems Mini-Course with a minimum qualifying score for this job.

      3. Valid State driver's license and satisfactory driving record is required.

      4. May require the ability to drive vehicle with manual transmission except where the Company trains for the skill.

      5. Must acquire valid Company Driver's License.

1984



0519

01/21/98   11:17
JAN 21 '98 11:27 FR NYI   -WORKERS COMP     6177435380 TO   388228022      P.04/05

Central Office Technician

- 3 -

II. Basic Qualifications (Cont'd)

  6. See Attachment A for State age and driving requirements.

  7. Must meet the standards of a Security Investigation.

III. Additional Factors to be Considered

  1. Satisfactory work experience in a craft job involving the repair and maintenance of switching equipment.

  2. Satisfactory work experience in a skilled or semi-skilled craft job or satisfactory work experience, training and/or schooling in the electrical or electronics field.

IV. Training

  1. Initial classroom training of 2-3 weeks.

  2. Further extensive classroom training depending on particular assignment.

  3. On-the-job training.

  4. Training conducted at a centralized facility which may require travel and/or overnight stays.

V. Environment

  1. Size of office and work group varies depending on location.

  2. May work in a room with others doing a similar work.

  3. Works in a room which has rows of equipment and narrow aisles.

  4. Works in a room which is air-conditioned to maintain equipment heat levels.

  5. Wears head set while performing some job tasks.

  6. Spends part of the time working at desk or position.

  7. May work in areas with continuous equipment noise.

  8. Work is regularly observed by Supervisor.

1984

01/21/98    11:18
JAN 21 '98 11:27 FR NYI    WORKERS COMP    6177435380 TO      18822B022    P.05/05

ATTACHMENT A

## Central Office Technician

### DRIVER'S LICENSE AND MINIMUM AGE REQUIREMENTS

All jobs that require valid State driver's licenses may also require the ability to drive manual transmission vehicles.

### Maine

Minimum age for all motor vehicle licenses is 17 years. Class 1 or Class 2 licenses may be required for Automotive Mechanics, Coin Telephone Collectors, Equipment Installation Technicians, Garage Attendants, Outside Plant Technicians, Splicing Technicians and Supplies Attendants.

### Massachusetts

Minimum age to drive a Company motor vehicle is 18 years. Class 1 or Class 2 licenses may be required for Automotive Mechanics, Coin Telephone Collectors, Equipment Installation Technicians, Garage Attendants, Outside Plant Technicians, Splicing Technicians and Supplies Attendants.

### New Hampshire

Minimum age for all motor vehicle licenses is 18 years. Commercial driver's license may be required for Automotive Mechanics, Coin Telephone Collectors, Equipment Installation Technicians, Garage Attendants, Outside Plant Technicians, Splicing Technicians and Supplies Attendants.

### Rhode Island

Minimum age for all motor vehicle licenses is 18 years. Class 2 or Class 3 licenses may be required for Automotive Mechanics, Coin Telephone Collectors, Equipment Installation Technicians, Garage Attendants, Outside Plant Technicians, Splicing Technicians and Supplies Attendants.

### Vermont

Minimum age for a motor vehicle license is 18 years. No restriction on vehicle size.

1984

** TOTAL PAGE.05 **