# HEALTH RESOURCES

600 West Cummings Park, Suite 3400
Woburn, Massachusetts 01801-6350

May 22, 2000

Mr. Robert Parsons
25 East Street
Middleton, MA 01949

Dear Robert:

Bell Atlantic has requested that Health Resources schedule you for the following evaluations. I had previously sent a letter with your scheduled appointment times. Unfortunately, Dr. Leslie will not be available on June 8th and has rescheduled your appointment. I have left two messages on your answering machine regarding this change. I am forwarding this letter to follow up.

- Independent Medical Exam to be performed at:
    Bruce Leslie, M.D.
    Newton Wellesley Hospital
    2000 Washington Street
    Suite #343
    Newton, MA 02162
    617-332-8350

    Date: Thursday, June 1st
    Time: 10:45am

Please contact me at 781.938.4653, once you have received this in order to confirm the change in appointment date and time.

Sincerely,

*Jennifer L. Donovan*

Jennifer L. Donovan
National Account Coordinator

0242