25 East Street Middleton MA 01949
TEL: 978 777 4739



# Fax

| | | | |
|---|---|---|---|
| **To:** Lea Davies | | **From:** Robert Parsons | |
| **Fax:** 973-237-7440 | | **Pages:** 10 | |
| **Phone:** | | **Date:** January 9, 2001 | |
| **Re:** Non-management Service pension | | | |

☐ **Urgent**   X **For Review**   ☐ **Please Comment**   ☐X **Please Reply**   ☐ **Please Recycle**

● **Comments:**

The following is all the information you should need to clear my account of problems. Please contact me when you receive this fax so that we may work on this together.

Sincerely,

Robert W. Parsons

SS#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

*[handwritten notes:]* Pension Specialist
Michele ...tlidic X10198
NNa Thompson — ...

532-3796

0168

January 8, 2001

Verizon 's Bell Atlantic In Touch Center
P.O. Box 435
Little Falls, NJ 07424-0435
Attn: Lea Davies- Vice- President Verizon

RE: Robert W. Parsons
SS#: 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
Date of retirement: 08/17/98

Dear Lea Davies,

I am contacting you as a last resort. I have been retired from Bell Atlantic (Verizon) since August 17, 1998 with a service pension. Recently, my benefits have been cut off for no apparent reason. I immediately contacted the In Touch Center as did my daughter Kelly in search of a solution. At this point and time no solution has been made. Every person I have spoken to has referred to my pension as a disability pension which it is not it is a service pension. The most helpful person that I have been in touch with was Ms. Agnus Matug. Ms. Matug informed me that I was listed in the computer as qualifying for long-term disability at the amount of $0.00, due to the fact that I was currently receiving a service pension and social security. She also stated that if for some reason my pension was ever effect (which should never happen) that I could fill-out paperwork for long term disability (which I do not want to do). Ms. Matug also let me know that in the computer it states that my disability issue has been settled and that she has no idea where the letter dated November 17, 2000 came from and apparently no one at the In Touch Center does either.

What I have done is attached some information. Following are 2 letters sent to me from In Touch dated 11/17/00 and 01/05/01. Also my initial pension letter which clearly indicates that the paperwork I filled out in 1998 was for a service pension which included a pension calculation page prepared for me on 4/23/98 which states that my official retirement date would be 8/17/98. Finally, enclosed is a copy of my most recent pension check pay stub dated 12/01/00.

I apologize if all of this information seems confusing but just imagine how I feel. I faxed this information to you without a phone call as I was informed by Sandy Lipscomb that you do not have a telephone as the Vice-President of Verizon. I would appreciate your attention in this matter as my pension check is being held and I have no other income from which to live or pay my bills or mortgage. Please contact me at my home phone 978-777-4739.

Sincerely,

Robert W. Parsons