25 East Street  
Middleton, MA 01949

:Day: 978-475-9805  
Evenings 978-777-4739

# Robert W. Parsons

**Objective**      Return to work

**Experience**     1971-1973          newengland tel&tel  
**Installation and repair**          **Cambridge Somerville**
- Converted 2 party lines to 1
- Converted MIT to Centrex
- Repaired subscriber lines

1973-1974          Newengland tel & tel     CAMBRIDGE MA  
**TOLL TEST**
- OFFICE BALANCEING FOR SATTELITE
- INSTALL #4A OFFICE
- INSTALL RAYTHEON EPSUS SYSTEM

- BUILT 410 CXR SYSTEMS TO IMPLEMENT WITH SWITCH
- LOANED TO QUINCY-BUILD 60 TI SYSTEMS
- LOANED TO BOWDOIN TO BUILD 200 TI CXRS
- LOANED TO REVERE CONVERTED TO E.S.S.

- LOANED EAST BOSTON CONVERT #5X BAR TO E.S.S.
- REHOME WATTS DELTA AIRLINES
- LOANED TO SARTS INSTALLED F.C.C. LINES FOR MONOTERING E.S.S. OFFICES

1984-PRESENT       NYNEX BELL ATLANTIC VERIZON
- TRUNK CONVERSION AND DISCONNECT
- PREPARED FOR CONVERSION TO E.S.S.THE FOLLOWING OFFICES  
EBST,REVR,LYNN,SAUG.DNVS.SLMN.BKLI.BRTN.LYFD.RDNG.WKFD,GLCS,MLDN,

- INSTALLED 1.5 MEGABIT CONTROLL CENTER MLDN,
- TEMPORARY SUPPERVISOR 1.5 CONTROLL CENTER ON 4 DIFFERENT OCASSIONS.
- DISABILITY PENSION AUG 1998 TO PRESENT

0131

EDUCATION

East Boston high graduated 6 / 1966
R.E.T.S. GRADUATED 19968
TELEPHONE SCHOOLS
BASIC TELEPHONEY
INSTALLATION
T-1 CXR
BASIC TOLL TEST
T-2 CXR
T-3 CXR
L-CXR
N-CXR
M.F.T.
M.F.T. DOBLE SLOT
WIDE BAND DATA
E.S.S. BASICS
E.S.S. TRANSLATIONS
SARTS BASICS
SARTS ADVANCED
C.O.S.M.O.S.
T.I.R.K.S.
BASIC FRAME WIREING
DIGITAL DATA SYSTEMS
SAFETY
DRIVING
ADVANCED DRIVING
CIRCUIT ORDER LAYOUT
MULTIPLEXERS
BASIC ELECTRICITY
SIGNALING
CIRCUIT BALANCING
T-BIRD BASIC
T-BIRD ADVANCED

SINCERELY

**ROBERT W.
PARSONS**

0132

2110

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

UNIT ID: 0812

Postage $ 0.55
Certified Fee 1.90
Return Receipt Fee (Endorsement Required) 1.50
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 3.95

Postmark Here
Clerk: KJRP4V
06/18/01

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Verizon Recruiting Dept
Street, Apt No.; or PO Box No.
125 High ST
City, State, ZIP+4
Boston MA 02110

PS Form 3800, February 2000    See Reverse for Instructions

7099 3400 0018 0507 2247

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Verizon Recruiting Dept
125 High St
Room 866
Boston MA 02110
ATT: Former Employee Dept

4a. Article Number
7099 3400 0001 805 07224

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
06/19/01

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X [signature]

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    102595-97-B-0179   Domestic Return Receipt



0119