Bell Atlantic InTouch Center
P.O. Box 435
Little Falls, NJ 07424-0435



Robert W. Parsons
25 East Street
Middleton, MA 01949

1-877-BELL-ITC
(1-877-235-5482)
TTY 1-800-833-8334

November 17, 2000

Dear Mr. Parsons:

Re: Disability Pension Review

After review of your case by Verizon's Bell Atlantic Medical Case Manager, it has been determined that your disability no longer meets the requirements of the NYNEX Pension Plan, ("The Plan.")

For your information, eligibility requirements for a disability pension are defined in Section 4.3 (a) and (b) of the Plan, dated January 1, 2000 as follows:

> "(a) **Eligibility**. A Participant shall be eligible for a Disability Pension if he or she becomes totally disabled as a result of sickness or injury, other than an accidental injury arising out of and in the course of employment with a Participating Company
> (1) after a Term of Employment of at least 15 years, but
>
> (2) before Normal Retirement Age and before becoming eligible for a Service Pension.
>
> (b) **Totally Disabled**. For purposes of this section, a Participant is considered to be totally disabled for any period during which, by virtue of a disability, he or she is unable to perform any job for the Company or an Affiliate which is offered to the Participant by the Participating Company for which the Participant most recently provided services."

You are eligible for a deferred vested pension under the NYNEX Pension Plan and you may elect to begin receiving that pension when you become eligible under the terms of the Plan. You will be sent information about applying for a deferred vested pension when you are eligible.

## On the Date Your Disability Pension Ends:

Your disability pension benefits, along with all other benefits you are entitled to as a disability pensioner will cease as of November 30, 2000.

In addition, your medical coverage provided by the NYNEX Medical Expense Plan for you and any enrolled dependents will cease as of November 30, 2000.

- Your dental coverage provided by the NYNEX Non-Management Dental Expense Plan will cease as of November 30, 2000.

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

- Your Basic Group Life Insurance will cease. However, you have the right to convert that group life insurance to an individual life insurance policy. MetLife, administrator of the Basic Life Insurance plan, will send you a conversion form and instructions.

- Your concession telephone service will end as of November 30, 2000.

- Eligibility for any Bell Atlantic-provided death benefit will end.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), as amended, you have the right to appeal the determination of the Verizon's Bell Atlantic Pension Plan Administrator by filing a written claim request to the Verizon's Bell Atlantic InTouch Center at the following location:

>    Verizon's Bell Atlantic InTouch Center
>    Attention: Claims and Appeals Department
>    P.O. Box 435
>    Little Falls, NJ  07424

Your request for review must be submitted within sixty (60) days of receipt of this letter. You may provide additional information to support your claim.

If you have any questions about the information included in this letter, please call the Verizon's Bell Atlantic InTouch Center at 1-877-BELL-ITC (1-877-235-5482); TTY (for hearing and speech impaired): 1-800-833-8334 between 8:00 a.m. and 5:00 p.m. Eastern Time, Monday through Friday (excluding holidays).

Verizon's
Bell Atlantic InTouch Center
InTouch Representatives – 8 a.m. to 5 p.m. Eastern Time (Mon. thru Fri.)
Voice Response System – 24 hours a day, 7 days a week

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