UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PARSONS              )
                            )
     Plaintiff              )    CIVIL ACTION NO. 03-12460-RCL
                            )
v.                          )
                            )
                            )
VERIZON BELL ATLANTIC       )
     Defendants             )

AFFIDAVIT OF JAMES R. TEWHEY

My name is James R. Tewhey and I am over the age of twenty-on and understand the meaning of an oath.

1. I am the attorney for the Plaintiff Robert Parsons in the above captioned matter.

2. Exhibit 1 is a true and accurate copy of portions of Mr. Parsons Deposition.

3. Exhibit 2 is a true and accurate copy of the Job Description produced by the Defendants.

4. Exhibit 3 is a true and accurate copy of Lump Sum Agreement entered into by Mr. Parsons and New England Telephone Company

5. Exhibit 4 is a true and accurate copy of the Health Resources letter to Mr. Robert Parsons dated May 22, 2000.

6. Exhibit 5 is a true and accurate copy of an affidavit from Myles Calvey.

7. Exhibit 6 is a true and accurate copy of a fax to Lea (sic) Davies from Robert Parsons dated January 19, 2001.

8. Exhibit 7 is a true and accurate copy of the resume of Robert Parsons, and the return receipt from the Defendants employment department.

9. Exhibit 8 is a true and accurate copy of a letter to Parsons from the defendants.

10. Exhibit 9 is a true and accurate copy of M.G.L> ch 152 §75B

The above is submitted under the pains and penalties of perjury this __20th__ day of February, 2005

*James R Tewhey*
James R. Tewhey