UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PARSONS,

    Plaintiff,

v.

VERIZON BELL ATLANTIC,

    Defendant.

CIVIL ACTION NO. 03-12460-RCL

### DEFENDANT VERIZON COMMUNICATIONS INC.'S MOTION FOR LEAVE TO FILE THE ATTACHED REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Verizon Communications Inc. ("Verizon") hereby moves for leave to file the attached Reply Memorandum in Support of Its Motion for Summary Judgment on the claims of Plaintiff Robert Parsons ("Parsons"). As grounds for this Motion, Verizon states that this reply memorandum will briefly address certain factual assertions made for the first time by Parsons in his opposition to Verizon's Motion for Summary Judgment, thus assisting the Court in resolving the matter before it.

VERIZON COMMUNICATIONS INC.

By its attorneys,

*/s/ Christopher Powell*
Arthur G. Telegen BBO # 494140
Christopher Powell BBO # 658884
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: March 3, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 3/3/05 /s/ Christopher Powell

FHBOSTON/2769752.1