UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERT PARSONS**
                **Plaintiff**

              **CIVIL ACTION**
   V.
              **NO. 03-12460-RCL**

**VERIZON BELL ATLANTIC**
                **Defendant**

## JUDGMENT

**LINDSAY, D. J.**

In accordance with the Court's Electronic Order dated <u>March 10, 2005</u> granting defendant's motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the <u>defendant, Verizon Bell Atlantic</u>

                                By the Court,

 <u>March 10, 2005</u>                     <u>Lisa M. Hourihan</u>
       **Date**                              **Deputy Clerk**