UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12460-RCL

ROBERT PARSONS

    Plaintiff

v.

VERIZON BELL ATLANTIC

    Defendants

RECEIVED
Clerk's Office
USDC, Mass.
Date 3/24/2005
By _____ M.P.
Deputy Clerk

## DEFENDANT VERIZON COMMUNICATIONS INC.'S PETITION FOR REASONABLE ATTORNEY'S FEES AND COSTS

Pursuant to the electronic Order of this Court entered on March 10, 2005, Defendant Verizon Communications Inc. ("Verizon") submits this Petition for Reasonable Attorneys Fees and Costs.

### BACKGROUND

Plaintiff Robert Parsons ("Parsons") filed suit against Verizon on November 17, 2003 alleging that Verizon had refused to rehire him on the basis of handicap and/or age, in violation of chapter 151B of the Massachusetts General Laws. Verizon removed the lawsuit to this Court on December 12, 2003.

Parsons' lawsuit came more than two years after he had filed an identical complaint with the Massachusetts Commission Against Discrimination (the "MCAD") and two years after Verizon had informed him in connection with proceedings before the MCAD that it had no record of his having applied for a job. Although Parsons promised, early in the lawsuit, to

B3003676.1

substantiate the allegations that he had applied for work, he did not do so until some six months into discovery, in June of 2004. The evidence he provided, a return receipt evidencing that he had sent something to Verizon's offices at 125 High Street in Boston in June of 2001, was the sole piece of evidence he was ever to offer that he had applied for an available job and had been refused the job on the basis of age or handicap.

At the end of January, 2005, Verizon moved for summary judgment and for the imposition of reasonable attorney's fees and costs on Parsons, pursuant to M.G.L. ch. 231 § 6F. On March 10, 2005, the Court granted Verizon's motion for summary judgment, and granted Verizon leave to present this Petition.

## REQUESTED FEES AND COSTS

Defendant respectfully requests that the Court award its reasonable legal fees and costs as set forth below. In support of the requested fees and costs, Defendant submits the accompanying affidavit of Arthur Telegen with supporting documentation.

Legal Fees:

    For Arthur G. Telegen

| | |
|---|---|
| 19 hours at $ 481.50/hr (through Dec. 31, 2004) | = $9,148.50 |
| 4.5 hours at $ 490.50/hr (from Jan. 1, 2005) | = $2,207.25 |

    For Christopher Powell

| | |
|---|---|
| 7.5 hours at $ 175.50/hr (through Dec. 31, 2003) | = $1,316.25 |
| 54.7 hours at $ 180/hr (through Dec. 31, 2004) | = $9,846.00 |
| 43 hours at $ 207/hr (from Jan. 1, 2005) | = $8,901.00 |

    For Claudia Centomini

| | |
|---|---|
| .1 (one-tenth) hour at $ 211.50/hr | = $21.15 |

For Alicia Matos

  .9 (nine-tenths) hours at $ 229.50/hr  = $206.55

For Andrea Carter

  7 hours at $ 148.50/hr (through Dec. 31, 2004)  = $1,039.50

  4.8 hours at $ 153/hr (from Jan. 1, 2005)  = $734.40

For Marissa Shaver

  6.2 hours at $ 58.50/hr  = $362.70

For Marissa Marchand

  1.0 hour at $ 58.50/hr  = $58.50

For Whitney Montgomery

  2.6 hours at $ 76.50/hr  = $198.90

For Tania Vales

  1.0 hour at $58.50/hr  = $58.50

    TOTAL FEES  $34,099.20

Costs Incurred:  $1,755.03

    TOTAL REQUEST  $35,854.23

VERIZON COMMUNICATIONS INC.

By its attorneys,

*Christopher Powell*
Arthur G. Telegen BBO # 494140
Christopher Powell BBO # 658884
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: March 24, 2005

## Certificate of Service

I, Christopher J. Powell, hereby certify that on this __24th__ day of March, 2005, I caused a copy of the within Defendant Verizon Communications Inc.'s Petition For Reasonable Attorney's Fees And Costs to be served by first-class mail, postage prepaid, on the following attorney of record:

James Tewhey, Esq.
19 North Street
Salem, MA 01970

SIGNED THIS __24th__ DAY OF MARCH, 2005.

_____
Christopher J. Powell