UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12460-RCL

| | |
|---|---|
| ROBERT PARSONS<br><br>          Plaintiff<br><br>v.<br><br><br>VERIZON BELL ATLANTIC<br><br>          Defendants | RECEIVED<br>Clerk's Office<br>USDC, Mass.<br>Date 3/24/05<br>By _____<br>Deputy Clerk |

DEFENDANT VERIZON COMMUNICATIONS INC.'S
MOTION TO FILE AFFIDAVIT OF ARTHUR G. TELEGEN UNDER SEAL

Pursuant to Local Rule 7.2, Defendant Verizon Communications Inc. ("Verizon") hereby moves for leave to file the Affidavit of Arthur G. Telegen filed herewith, under seal. As grounds for its motion, Verizon represents that the exhibit attached to the Affidavit of Arthur G. Telegen makes reference to confidential information protected by the attorney work product and attorney client privilege.

Respectfully submitted,

VERIZON COMMUNICATIONS INC.

By its attorneys,

*Christopher Powell* (signature)

Arthur G. Telegen BBO # 494140
Christopher Powell BBO # 658884
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: March 24, 2005

B3009773.1

- 2 -

## Certificate of Service

I certify that I caused a true and correct copy of the within document to be served by first-class U.S. mail, postage prepaid, on James Tewhey, Esq., 19 North Street, Salem, MA 01970 on March 24, 2005.

*[signature: Christopher J. Powell]*

Christopher J. Powell

B3009773.1

- 2 -