**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Robert W. Parsons | COURT CASE NUMBER<br>03-cv-12460-RCL |
|---|---|
| DEFENDANT<br>Verizon Bell Atlantic (Verizon Communications Inc.) | TYPE OF PROCESS<br>Summons to Trustee (Trustee Process) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brian Parsons, Registered Agent for Parsons Sports Inc., d/b/a ~~Breakaway Lacrosse~~

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
43 Main Street, Peabody, MA 01960

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Christopher J. Powell, Esq.
Foley Hoag, LLP
155 Seaport Boulevard
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

~~Commonwealth~~
~~Breakaway~~ Lacrosse Business Hours 10:00 AM to 6:00 PM Monday-Friday
Telephone Number 978-531-2700

~~Christopher J. Powell Telephone Number 617-832-3070~~

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☑ DEFENDANT
TELEPHONE NUMBER: (617) 832-3070
DATE: 12/8/2005
Signature: Christopher J Powell

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Talavera | 12/9/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 01/18/06    Time: 1730 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | 13.14 | — | 58.14 | | $0.00 |

REMARKS: Breakaway Lacrosse was bought out by Commonwealth Lacrosse in Dec 2005. Mgr is Blair Hebbel. Same phone.
01/18/06 No answer @ 1 Keys Dr, Peabody, MA 8th
01/18/06 No longer @ 1 Keys Dr, #12, Peabody, MA 01960 Confirmed w/ Resident. Moved in Dec 2005
Leaser info: Avalon Communities 978-531-4343

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

Chris Speszi - empl. since Dec '05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEE WRIT                                    CIVIL ACTION NO. 03-12460-RCL

ROBERT PARSONS, _____,
                    Plaintiff,
        V.
VERIZON BELL ATLANTIC _____,
                    Defendant.

PARSONS SPORTS, INC., d/b/a BREAK-AWAY LACROSSE,
                    Trustee

## SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the plaintiff, Robert Parsons and/or Robert W. Parsons of 440 North Avenue, Unit 1, Haverhill, Massachusetts 01830, are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the defendant Verizon Communications, Inc. of 1095 Avenue of the Americas, Room 3758, New York, New York, whose attorney is Christopher J. Powell of Foley Hoag LLP, 155 Seaport Boulevard, Boston, Massachusetts 02210 may recover in an action brought by the plaintiff in this Court to the value of $35,854.23 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on or about December 15, 2003. This attachment was approved on December 5, 2005 by the United States District Court for the Commonwealth of Massachusetts (Lindsay, J.), in the amount of $35,854.23.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c. 24 6, Section 28A , $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this ___8th___ day of December, 2005.

SARAH A. THORNTON
CLERK OF COURT

By:_____
        Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

I hereby certify that the foregoing document is a full and correct copy of the electronic docket in the captioned case electronically filed on original filed on _____

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By:_____
        Deputy Clerk