UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                     CIVIL ACTION NO. 03-12460-RCL

To the Sheriff of Essex County of the Commonwealth of Massachusetts:

WHEREAS, Verizon Communications, Inc. has recovered judgment against Robert W. Parsons on the 23rd day of May, 2005 for the sum of $35,854.23, as to us appears of record, whereof this First Execution remains to be done.

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $35,854.23, in the whole, with interest thereon at the rate of 1.13% from said day of rendition of said judgment; and therefore also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said Court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 20th day of April 2006.

SEAL                                    SARAH A. THORNTON,
                                        CLERK OF COURT

                                        By: Steve Yosik
                                            Deputy Clerk

B3189681.1